| 299P15 | State v. Jessica Rasheeda Jordan | 1. State's Motion for Temporary Stay (COA114-1070) | 1. Allowed **08/24/2015** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. |
| 301P15 | House of Raeford Farms, Inc. v. North Carolina Department of Environmental and Natural Resources | 1. Respondent's Motion for Temporary Stay (COA15-47) | 1. Allowed **08/26/2015** |
| | | 2. Respondent's Petition for *Writ of Supersedeas* | 2. |
| | | 3. Respondent's PDR Under N.C.G.S. § 7A-31 | 3. |
| 307P14-2 | State v. Donald G. Barnette, Jr. | 1. Def's *Pro Se* Motion for Notice of Appeal (COA13-1076) | 1. Dismissed *ex mero motu* |
| | | 2. Def's *Pro Se* Motion for PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| 307P15 | The Kimberley Rice Kaestner 1992 Family Trust v. North Carolina Department of Revenue | Plt's PDR Prior to a Decision of the COA (COA15-896) | Denied |
| 311P15 | State v. Thedford Roy Rorie, Jr. | 1. State's Motion for Temporary Stay (COA14-886) | 1. Allowed **09/08/2015** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. |
| 318P15 | State v. Edward Williams, III | 1. Def's *Pro Se* Motion for Belated Appeal | 1. Dismissed |
| | | 2. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA | 2. Denied |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as moot |
| 319P15 | State v. Carlton Washington Tomlinson | 1. Def's Motion for Temporary Stay | 1. Allowed **09/10/2015** |
| | | 2. Def's Petition for *Writ of Supersedeas* | 2. |
| | | 3. Def's PDR Under N.C.G.S. § 7A-31 (COA14-1016) | 3. |
| 322P15 | State v. Raymond Alan Griffin | Petitioner's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied **09/18/2015** |